**Javier O. Lopez, Esq.**
**(State Bar No. 187986)**
**11867 Beaty Street**
**Norwalk, California 90650**
**562.864.5862**
lopezlawapc@charter.net

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

February 19, 2008

Clerk of the Court
Northern District of California
United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, California

Dear Clerk of the Court:

    Attached please find an Order to Cause as to why I should not be suspended from practicing law before your Court.

    As you can see from the additional documentation, I am now, once again, indeed and "Active" member and in "Good Standing" with the California State Bar.

    Please do hesitate to call with any questions or comments.

    Thank you for your kind consideration.

Sincerely,

Javier O. Lopez, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

N 07 80239 MISC

Javier Ortiz Lopez - #187986

_____/

**ORDER TO SHOW CAUSE**

It appearing that Javier Ortiz Lopez has been suspended by for noncompliance with Rule 962, for failure to contribute to Child and Family Support, effective August 16, 2007.

**IT IS ORDERED**

That respondent show cause in writing on or before November 15, 2007 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Javier Ortiz Lopez
Attorney At Law
11867 Beaty Avenue
Norwalk, CA 90650

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 11, 2008

#187986
Javier O. Lopez
The Lopez Law Firm APC
11867 Beaty Ave
Norwalk, CA 90650

CASE:     024.133.209
COUNTY:   Los Angeles

Dear Mr. Lopez:

We have received a release from the local Child Support agency in the above referenced case, designating you as in compliance with Family Code 17520.

In accordance with the order of the California Supreme Court, your suspension has been terminated effective **February 8, 2008.**

Sincerely,

Kath Lambert
Senior Administrative Assistant



# THE STATE BAR OF CALIFORNIA

## Javier Ortiz Lopez - #187986

**Current Status:** Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 187986 | | |
| **Address** | The Lopez Law Firm APC<br>11867 Beaty Ave<br>Norwalk, CA 90650 | **Phone Number**<br>**Fax Number**<br>**e-mail** | Not Available<br>Not Available |
| District | District 7 | **Undergraduate School** | Harvard Univ; Cambridge MA |
| **County** | Los Angeles | **Law School** | UC Hastings COL; San Francisco CA |
| Sections | None | | |

### Status History

| | |
|---|---|
| Present | Active |
| 2/8/2008 | Active |
| 8/16/2007 | Not Eligible To Practice Law |
| 6/1/1997 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions
This member has no public record of discipline.

#### Administrative Actions
| | | |
|---|---|---|
| 8/16/2007 | Suspended/Child & Fam Supp noncompliance | Not Eligible To Practice Law |

Start New Search >