**FILED**

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-07-80239 MISC VRW

                                                                  ORDER

Javier Ortiz Lopez,

    State Bar No 187986
_____/

On October 12, 2007, the court issued an order to show cause (OSC) why Javier Ortiz Lopez should not be removed from the roll of attorneys authorized to practice law before this court based on administrative enrollment, effective August 16, 2007, as an inactive member of the State Bar for noncompliance with Rule 962, failure to contribute to Child and Family Support.

Mr Lopez has now filed satisfactory proof of reinstatement by the State Bar.

The court now orders Javier Ortiz Lopez reinstated on the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

                                                       _____
                                                    VAUGHN R WALKER
                                                   United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

JAVIER ORTIZ LOPEZ ,

_____/

Case Number: C07-80239 VRW (MISC)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Javier Ortiz Lopez
11867 Beaty Avenue
Norwalk, CA 90650

Dated: February 27, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*